**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Amani M Abbasi
                      Plaintiff,

v.                                       Case No.: 1:08−cv−00506
                                                  Honorable Samuel Der−Yeghiayan

Ritz Camera Centers, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Initial status hearing set for 03/20/08 at 9:00 a.m. At least four working days before the initial status hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's chambers. The Court's standing orders on the Initial Status Report and Joint Jurisdictional Status Report maybe obtained from Judge Der−Yeghiayan's web page or from this Court's Courtroom Deputy. Counsel for Plaintiff is warned that failure to properly serve pursuant to FRCP 4 will result in a dismissal of the action. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.