IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMANI M. ABBASI,<br><br>    Plaintiff,<br><br>v.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>    Defendant. | Case No. 08 C 506<br><br>Hon. Judge Der-Yeghiayan<br>Magistrate Judge Ashman |

## JOINT JURISDICTIONAL STATUS REPORT

Plaintiff Amani Abbasi ("Plaintiff"), by and through her attorney, and Defendant Ritz Camera Centers, Inc. ("Defendant"), by its attorneys, met and conferred on March 5, 2008, pursuant to the requirements of Federal Rule of Civil Procedure 26(f), and file this Joint Jurisdictional Status Report in compliance with this Court's standing order.

1. **Subject Matter Jurisdiction**

Plaintiff commenced this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq*. As such, this Court has federal question subject matter jurisdiction over this action based upon 28 U.S.C. § 1331, 28 U.S.C. § 1343 and 28 U.S.C. § 1988.

2. **Venue (Plaintiff's Position)**

Venue is appropriate under 28 U.S.C. § 1391, because Defendant conducts business in and the discrimination about which Plaintiff complains occurred in the Northern District of Illinois.

| AMANI ABBASI | RITZ CAMERA CENTERS, INC. |
|---|---|
| s/   Patricia Kemling   <br>   One of Her Attorneys | s/   Jane M. McFetridge   <br>   One of Its Attorneys |
| Patricia Kemling<br>Council on American – Islamic Relations<br>28 E. Jackson Blvd, Suite 1410<br>Chicago, IL 60604<br>312.212.1520 | Jane M. McFetridge<br>Carmen B. Copher<br>Jackson Lewis LLP<br>320 West Ohio Street, Suite 500<br>Chicago, IL 60610<br>312.787.4949 |

Dated: March 14, 2008

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 14, 2008, she caused a true and correct copy of the foregoing Joint Jurisdictional Status Report to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Patricia Kemling
Council on American – Islamic Relations
28 E. Jackson Blvd, Suite 1410
Chicago, IL 60604
312.212.1520

By:   /s/ Jane M. McFetridge