**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMANI M. ABBASI,<br><br>        Plaintiff,<br><br>v.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>        Defendant. | Case No. 08 C 506<br><br>Hon. Judge Der-Yeghiayan<br>Magistrate Judge Ashman |

### DEFENDANT'S NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Pursuant to LR 3.2 of the Civil Rules of this Court and Fed. Rule of Civil Procedure 7.1, Defendant Ritz Camera Centers, Inc. ("Ritz Camera") hereby submits this Disclosure Statement. Ritz Camera is a Delaware corporation. It does not have a parent corporation. There are no publicly held affiliates.

                                    Respectfully submitted,

 DATED:  March 14, 2008            RITZ CAMERA CENTERS, INC.

                                    By its attorneys,

                                    /s/ Jane M. McFetridge

Jane M. McFetridge
Carmen B. Copher
JACKSON LEWIS LLP
320 West Ohio Street
Suite 500
Chicago, IL 60610
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
mcfetrij@jacksonlew.com
copherc@jacksonlewis.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 14, 2008, she caused a true and correct copy of the foregoing Defendant's Notification of Affiliates – Disclosure Statement to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Patricia Kemling
Council on American – Islamic Relations
28 E. Jackson Blvd, Suite 1410
Chicago, IL 60604
312.212.1520

By:　/s/ Jane M. McFetridge