## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Amani M Abbasi

                                Plaintiff,

v.                                             Case No.: 1:08−cv−00506
                                                            Honorable Samuel Der−Yeghiayan

Ritz Camera Centers, Inc.

                                Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 04/02/08 at 9:00 a.m. The Court advised counsel for Plaintiff that the Court's docket does not reflect that service and been effectuated on the Defendant. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.