# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

06W0515.01

**AGENCY:** ☒ IDHR  ☐ EEOC

**CHARGE NUMBER:** 2006CF3016

## Illinois Department of Human Rights and EEOC

**NAME** (indicate Mr. Ms. Mrs.): Amani M. Abbasi
**HOME TELEPHONE** (include area code): (708) 636-5107
**STREET ADDRESS:** 9836 S. Sayre, Apt. 13
**CITY, STATE AND ZIP CODE:** Chicago Ridge, IL 60415
**DATE OF BIRTH:**

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

**NAME:** Ritz Camera Centers, Incorporated
**NUMBER OF EMPLOYEES, MEMBERS** 15+
**TELEPHONE** (include area code): (708) 848-2451
**STREET ADDRESS:** 128 N. Oak Park Ave.
**CITY, STATE AND ZIP CODE:** Oak Park, IL 60302
**COUNTY:** Cook

**CAUSE OF DISCRIMINATION BASED ON:** RELIGION

**DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL):** 5/6/06
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (if additional space is needed attach extra sheets)

I.  A.  **ISSUE/BASIS**
        DISCHARGE – MAY 6, 2006/DUE TO RELIGION, ISLAM

    B.  **PRIMA FACIE ALLEGATIONS**
        1.  My religion is Islam.

        2.  Robert Beallis, District Manager, who had just become my supervisor, was aware of my religion because of the way I dress.

        3.  My performance as store manager was satisfactory. I was hired on February 28, 1994, and since then I worked for Respondent or for Wolf Camera or at stores which were a combination of the two companies, until both companies merged. I had an excellent work record.

Continued...lgv

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS

_[signature]_ 5/15/06
NOTARY SIGNATURE    MONTH-DATE-YEAR

X _[signature]_  5-15-06
SIGNATURE OF COMPLAINANT    DATE

"OFFICIAL SEAL"
JACQUELYN TURNER HAMS
Notary Public, State of Illinois
My Commission Expires 9/21/09
NOTARY SEAL

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

Exhibit 1