Charge Number: 2006CF3016
Complainant: Amani M. Abbasi
Page 2

4. On May 6, 2006, Beallis discharged me. The reason given for my discharge was misconduct.

5. Nothing I did at Respondent could be considered as misconduct. I was a salaried employee and on the week in question I had worked 44 hours at Respondent's store, and had worked at least two hours at home in my computer. Beallis, who had just become my district manager, and who talked to me in a demeaning manner, discharged me for counting the time I worked at home, even though part of my work was to read and respond to the e-mails Beallis sent me, and I had no access to the e-mails at work.

6. Non-Muslim employees who violated Respondent's rules, were not discharged even though these were serious violations for which they should have been discharged.

lgv