STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF: )
)
AMANI M. ABBASI, )  CHARGE NO. 2006CF3016
)  EEOC NO.   21BA61743
COMPLAINANT, )
)
AND )
)
RITZ CAMERA CENTERS, INCORPORATED, )
)
RESPONDENT. )

## NOTICE OF DISMISSAL
## FOR LACK OF SUBSTANTIAL EVIDENCE

Ms. Heena Musabji, Esq.  
Council on American Islamic Relations  
Chicago Chapter (CAIR)  
28 East Jackson Blvd, Suite 1410  
Chicago, IL 60604  

Mr. Brian K. LaFratta, Esq.  
Fisher & Phillips, LLP  
Attorneys at Law  
140 South Dearborn Street, Suite 1000  
Chicago, IL 60603  

DATE: February 7, 2007

REQUEST FOR REVIEW FILING DEADLINE DATE: March 14, 2007

1. YOU ARE HEREBY NOTIFIED that based upon the enclosed investigation report, the DEPARTMENT OF HUMAN RIGHTS (DHR) has determined that there is NOT substantial evidence to support the allegations of the charge(s). Accordingly, pursuant to Section 7A-102(D) of the Human Rights Act (775 ILCS 5/1-101 et. seq.) and its Rules and Regulations (56 Ill. Adm. Code. Chapter II, Section 2520.810), the charge is HEREBY DISMISSED.

2. If Complainant disagrees with this action, Complainant may seek review of this dismissal before the CHIEF LEGAL COUNSEL (CLC), Illinois Department of Human Rights, 100 West Randolph Street, Suite 10-100, Chicago, Illinois, 60601, by filing a "Request for Review" with the CLC within thirty (30) days after receipt of this Notice, by the request for review filing date above. Respondent will be notified by the CLC if a Request for Review is filed.

(continued on page two)

Exhibit 2