STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF: )
)
AMANI M. ABBASI, ) CHARGE NO. 2006CF3016
) EEOC NO. 21BA61743
COMPLAINANT, )
)
AND )
)
RITZ CAMERA CENTERS, INC. )
)
RESPONDENT, )

**REQUEST FOR REVIEW**

    I hereby request that the Department of Human Rights' (DHR) dismissal of the charge be reviewed by the Chief Legal Counsel of the Department. It is clear that I was wrongly terminated for the following reason:

1. I was an employee with Ritz Camera Centers, Inc. for twelve years. During this time I had no adverse issues with the employer and no record of insubordination.

2. While I was charged with insubordination, the employer did not follow their corrective action measures outlined in their employee handbook. The handbook states that verbal warnings and counseling sessions should be used. See exhibit A.

3. While I was charged with time card fraud, I punched in while working from home. The company did not have any rules prohibiting this action. In fact, it was only the day after my termination that the district manager sent out an email prohibiting working from home. See Exhibit B. Thus, it is clear that the employer did not have a clear policy regarding this issue.

Exhibit 3