STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF THE )
REQUEST FOR REVIEW BY: )
)
AMANI M. ABBASI ) CHARGE NO: 2006CF3016
) EEOC NO: 21BA61743
)

ORDER

This matter coming before the Chief Legal Counsel Designee upon Complainant's Request for Review ("Request") of the dismissal by the Department of Human Rights ("Department") of Charge No. 2006CF3016, Amani M. Abbasi, Complainant, and Ritz Camera Centers, Incorporated, Respondent; and the Chief Legal Counsel Designee having reviewed de novo the Department's investigation file, including the Investigation Report ("Report"), Complainant's Request and supporting materials, Respondent's Reply to Complainant's Request ("Reply"), and Complainant's Surreply to Complainant's Request ("Surreply"); and the Chief Legal Counsel Designee being fully advised of the premises;

NOW, THEREFORE, it is hereby ORDERED that the Department's dismissal of Complainant's charge is hereby VACATED and Complainant's charge is REMANDED for further investigation and other proceedings by the Department.

In support of which determination the Chief Legal Counsel Designee states the following findings of fact and reasons:

1.  Complainant filed a charge of discrimination with the Department on May 15, 2006, alleging that Respondent discharged her because of her religion, Islam, in violation of Section 2-102(A) of the Illinois Human Rights Act. On February 7, 2007, the Department dismissed Complainant's charge for Lack of Substantial Evidence. On March 14, 2007, Complainant filed this timely Request.

2.  Complainant, a former Store Manager, alleges that on May 6, 2006, Respondent discharged her.