4/15/04

# PAYROLL PROCEDURES



**ALL ASSOCIATES MUST SIGN THEIR OWN TIMECARDS. THE STORE MANAGER MUST APPROVE ALL TIMECARDS BY SIGNING EACH CARD.**

**TIMECARDS SHOULD BE SENT VIS U.S. MAIL, BI-WEEKLY TO THE PAYROLL DEPARTMENT.**

I. Associate Classifications

    A. Full-Time Associates are Associates who are consistently scheduled to work at least thirty-six (36) hours per week. Full-time Associates are eligible for all benefits after fulfilling their introductory period.

    B. Part-Time Associates are Associates who are consistently scheduled to work fewer than thirty-six (36) hours per week. Part-time Associates are not eligible for most benefits.

    C. Seasonal Associates are Associates who are employed to work on special projects for short periods of time, or on a "fill-in" basis. These positions are not intended to be a part of continuing operations. The employment status of seasonal Associates will not be changed due to an extension of employment in excess of that originally planned. Seasonal Associates are not eligible for benefits.

I. The store manager is responsible for mailing time cards to the Payroll Department after the close of the pay period. Please note, certain states have varying policies related to payroll. Please consult your Associate Handbook for specific information relating to your state.

    A. On a weekly basis, the store manager must validate the time cards of all associates who worked in the store that week.

        1. Validations can be done as early as close of business Saturday for the previous week. If the manager does not work Saturday night or Sunday, validations must be completed first thing Monday morning.

        2. Be sure to validate any associates from other stores who may have worked and rung hours in your store.

        3. Refer to your Sales Entry Manual for proper time card validation procedures.

Exhibit 6