4/15/04



**ANY ASSOCIATE WHO HAS BEEN EMPLOYED FOR AT LEAST 30 DAYS IS ENTITLED TO A DISCOUNT ON PHOTOFINISHING AND MERCHANDISE.**

## ASSOCIATE PURCHASES

I. Ritz Camera Centers provides associates with discounts on its products and services at the completion of 30 days of continuous employment.

   A. Photofinishing:

      1. All photofinishing services including in-store, outlab, imageination center, and all digital services:

         Frequent Foto/Wolfpack price less 40%. Frequent Foto benefits do apply to Associate Photofinishing.

   B. Discounts for non-photofinishing items

      1. 15% off selling price on all white page stockbook items including film, manufacturers brand accessories and special orders.

         a. 7% off on all items on the blue Ritz Blitz pages in the stockbook.

      2. 30% off albums, frames, gadget bags, tripods and Quantaray filters (Including special order frames, gadget bags and tripods).

      3. Cost plus 10% on repairs.

   C. **Certain manufacturers offer special associate pricing. Contact your District Manager for information.**

II. **The following items are not eligible for associate discounts: Gift Cards (purchased), DigiPrint Cards, Internet Express Prints, outlet and markdown merchandise, clearance products, Frequent Foto Cards and products purchased for re-sale (ie. photofinishing to be sold to another party). ESP's cannot be purchased when an associate discount is taken.**

Exhibit 7