# HONESTY, FRAUD, DISHONESTY AND FALSE STATEMENTS



**OUR CREDIBILITY WITH OUR CUSTOMERS IS THE MOST IMPORTANT ELEMENT OF OUR RELATIONSHIP. MISREPRESENTATION TO A CUSTOMER IS AGAINST COMPANY POLICY AND AGAINST THE LAW.**

I. Our credibility with our customers is the most important element of our relationship. Misrepresentation to a customer is against company policy and against the law. The law provides that an associate is personally liable.

    A. It is also against Company policy to mislead or misrepresent any credit application or customer credit status to any financial institution.

    B. Associates are also expected to be honest in their dealings with their managers and co-workers.

II. No associate or applicant may ever falsify any application, medical history record, invoice, paperwork, time sheet, time card, investigative questionnaires or any other document.

    A. Any associate found to have engaged in resume fraud or who made material misrepresentations or omissions on their employment application will be subject to immediate termination of employment.

    B. If you observe any such violations, please report them to the Loss Prevention Director or the Human Resources Department immediately.

Exhibit 8