

**EVERYONE NEEDS TO BE FULLY ALERT WHILE ON THE JOB IN ORDER TO PROTECT THE SAFETY OF ALL ASSOCIATES AND TO PROPERLY SERVE OUR CUSTOMERS. THEREFORE, WE CANNOT TOLERATE SLEEPING OR INATTENTION ON THE JOB.**

O. **Attendance at store meetings and various training seminars-** On a daily basis, there is a lot of information coming into the store via managers meetings, Foto-Finish newsletters and office memos. This information is useless if it is not disseminated in a timely fashion. **All managers MUST schedule WEEKLY store meetings at a time convenient for ALL associates.** All associates and managers will also be required to attend occasional formal training sessions given by either a manufacturers representative, your District Manager or your Regional Trainer.

P. **Quarterly Inventories-** Every four months, you will be required to take a physical inventory of the contents of your store. All associates are required to be available for the inventory. Inventories are scheduled well in advance for the entire year.

Q. **Assist the Manager-**There are countless other responsibilities that come with being an associate with Ritz Camera. Listen to your Store Manager and District Manager and help them keep the store running smoothly and profitably.

R. **Courtesy -** Courtesy is the responsibility of every associate. Everyone is expected to be courteous, polite and friendly to our customers, vendors and suppliers, as well as to their fellow associates. No one should be disrespectful or use profanity or any other language which injures the image or reputation of the Company.

S. **Sleeping and Inattentiveness -** Everyone needs to be fully alert while on the job in order to protect the safety of all associates and to properly serve our customers. Therefore, we cannot tolerate sleeping or inattention on the job.

T. **Publicity -** In the course of advertising, public relations or other similar conduct for business purposes, the Company may utilize media resources. The Company may use your photograph, picture, and/or voice transcription for promotion or advertising at any time without compensation.

U. **Parking -** So that we will have sufficient convenient parking for our customers, we require all of our associates to park their vehicles in the area designate you have any questions as to wher vehicle, please ask your Store/Dep Exhibit 9