## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Amani M Abbasi

                    Plaintiff,

v.                                        Case No.: 1:08–cv–00506
                                                   Honorable Samuel Der–Yeghiayan

Ritz Camera Centers, Inc.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Plaintiff having filed an amended complaint on 03/24/08, status hearing reset to 04/16/08 at 9:00 a.m. Status hearing set for 04/02/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.