**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Amani M Abbasi
                      Plaintiff,

v.                                             Case No.: 1:08−cv−00506
                                             Honorable Samuel Der−Yeghiayan

Ritz Camera Centers, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 10/29/08 at 9:00 a.m. All discovery shall be noticed in time to be completed by 07/18/08. Dispositive motions are to be filed by 08/18/08. Responses to the dispositive motions, if any, are to be filed by 09/02/08 and replies, if any, are to be filed by 09/09/08. In the event the parties believe a settlement conference with the Court would be useful, counsel are directed to follow Judge Der−Yeghiayan#039;s settlement conference procedures as outlined on this Court's web page. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.