IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMANI M. ABBASI,<br><br>    Plaintiff,<br><br>v.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>    Defendant. | Case No. 08 C 506<br><br>Hon. Judge Der-Yeghiayan |

NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff will present her Motion for Extension of Time to Complete Discovery to Judge Der-Yeghiayan in courtroom 1903 on Tuesday July 22, 2008 at 9:00 a.m.

                Respectfully submitted,

                s/ Rima Kapitan

                Rima N. Kapitan, Esq.
                Attorney # 6286541
                CAIR-Chicago
                28 East Jackson Blvd., Suite 1410
                Chicago, Illinois 60604
                Ph: 312.212.1520
                Fax: 312.212.1530
                rima@cairchicago.org

CERTIFICATE OF SERVICE

    I, Rima Kapitan, hereby certify that on July 7, 2008 I filed electronically the foregoing Notice of Motion, which constitutes service to Kenneth Charles Robling, kenneth.robling@cityofchicago.org and Marcela D Sanchez, msanchez@cityofchicago.org, who are registered participants of the CM/ECF system.

    s/ Rima Kapitan

    Rima N. Kapitan, Esq.
    Attorney # 6286541
    CAIR-Chicago
    28 East Jackson Blvd., Suite 1410
    Chicago, Illinois 60604
    Ph:    312.212.1520
    Fax:    312.212.1530
    rima@cairchicago.org