## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Amani M Abbasi
        Plaintiff,

v.              Case No.: 1:08−cv−00506
               Honorable Samuel Der−Yeghiayan

Ritz Camera Centers, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

  MINUTE entry before the Honorable Samuel Der−Yeghiayan:Plaintiff's motion for extension of time to complete discovery [18] is granted as follows: All discovery shall be noticed in time to be completed by 09/18/08. Dispositive motions are to be filed by 10/14/08. Responses to the dispositive motions, if any, are to be filed by 10/31/08 and replies, if any, are to be filed by 11/17/08. Status hearing reset to 12/17/08 at 9:00 a.m. Status hearing set for 10/29/08 is stricken. Mailed notice(mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.